# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| CATHERINE RANDALL, | : | No. 22 MAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ADELBERG RUDOW DORF & HENDLER, | : | |
| LLC.; DAVID APPLEFELD, ESQUIRE; | : | |
| GEOFFREY WASHINGTON, ESQUIRE; | : | |
| MARC NOREN, ESQUIRE; ANDREW | : | |
| RADDING, ESQUIRE; CAROL COOPER, | : | |
| ESQUIRE; WINSTON GRESOV; MARION | : | |
| BESS PARMERTER; AND FREDERICK | : | |
| GRESOV, | : | |
| | : | |
| Respondents | : | |

## ORDER


**PER CURIAM**

**AND NOW**, this 2nd day of June, 2016, the Petition for Allowance of Appeal is

**DENIED**.